# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2018

Stephen J. Markman,
Chief Justice

156611(42)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

ZAID SAFDAR,
             Plaintiff-Appellant,

v

DONYA AZIZ,
             Defendant-Appellee.
_____/

SC:  156611
COA:  337985
Oakland CC, Family Division:
     2016-839363-DM

On order of the Chief Justice, the motion of plaintiff-appellant to stay proceedings is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2018

                                                                    Clerk